IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHAWN ROBERT GOING                                                                PLAINTIFF

      v.                             Civil No.  12-2035

LT. VENA CUPP; CAPT. JEFF
MARVIN; SHERIFF RON BROWN;
JACOB McCOLLUM; MATTHEW
LANGELY; and CPL. ISRAEL BURGOS                                       DEFENDANTS

## ORDER

The Plaintiff has asked for additional time (Doc. 25) to file his amended complaint. The request (Doc. 25) is granted. Plaintiff is given until **July 20, 2012**, to file his amended complaint.

**The Clerk is once again directed to send Plaintiff a blank form complaint for use in civil rights actions.**

IT IS SO ORDERED this 28th day of June 2012.

/s/ *J. Marschewski*
 HON. JAMES R. MARSCHEWSKI
 CHIEF UNITED STATES MAGISTRATE JUDGE