IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHAWN ROBERT GOING                                                    PLAINTIFF

v.                              Civil No. 2:12-cv-02035

LIEUTENANT VENA CUPP; JEFF
MARVIN; SHERIFF RON BROWN;
JACOB MCCOLLUM; MATTHEW LANGLEY;
CORPORAL ISRAEL BURGOS; and
AARON TOWNSEND                                                        DEFENDANTS

## OPINION AND ORDER

Plaintiff filed this civil rights pursuant to 42 U.S.C. §1983. He proceeds *in forma pauperis*. Plaintiff is represented by counsel.

On March 30, 2018, Defendants filed a Motion for Summary Judgment (ECF No. 93). Plaintiff failed to respond to the Motion within fourteen days as required by Rule 7.2(b) of the Local Rules for the Eastern and Western Districts of Arkansas. Rather than dismiss the case at this point, an Order (ECF No. 98) was entered on April 25, 2018, directing the Plaintiff to file a response to the Summary Judgment Motion by May 16, 2018. Plaintiff was advised that failure to file the response would subject the case to summary dismissal.

To date, Plaintiff has not filed a response. The Order (ECF No. 98) has not been returned as undeliverable. Plaintiff has not sought an extension of time to file his response. Plaintiff has had nearly two months to respond to the Motion for Summary Judgment and has not done so.

Therefore, this case is **DISMISSED WITHOUT PREJUDICE** based on the Plaintiff's failure to obey an Order of the Court and his failure prosecute this case. Fed. R. Civ. P. 41(b).

IT IS SO ORDERED on this 29th day of May 2018.

/s/ P.K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE